# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by 23andMe Holding Co. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Joseph Selsavage, Interim Chief Executive Officer and Chief Financial and Accounting Officer of the Debtors. Mr. Selsavage has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Selsavage has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Selsavage necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of <u>all</u> of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

<u>**Global Notes and Overview of Methodology**</u>

**General Reservation of Rights**. Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, mandatory subordination, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases and "As Of" Information Date**. On March 23, 2025 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered pursuant to an order entered by the Bankruptcy Court on March 27, 2025 [Docket No. 105]. The Debtors continue to operate their business and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On April 3, 2025, the Office of the United States Trustee for the Eastern District of Missouri appointed an official committee of unsecured creditors [Docket No. 159].  Unless otherwise stated herein, liabilities are reported as of the Petition Date.

**Basis of Presentation**.  The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors.  The Debtors, however, along with their non-Debtor affiliated variable interest entities (the "Variable Interest Entities"), prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis.  The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

**Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including certain intangibles, and certain accrued liabilities including, but not limited to, accrued employee compensation and benefits, certain customer accruals, tax accruals, accrued accounts payable, accrued contract termination damages, deferred income accruals, litigation accruals, and certain deposits. The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such Claims exist. Further, certain immaterial assets and liabilities may have been excluded.

**Currency**.  All amounts are reflected in U.S. dollars.  In instances where the Debtors maintain their books in a currency other than U.S. dollars, the FX rate as of the opening of the business day on (i) the date such payment was made or (ii) the Petition Date, as applicable, was used to calculate the currency conversion.

**Book Value**.  Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of February 28, 2025, and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date.  Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books.  Net book values may vary, sometimes materially, from market values.  The Debtors do not intend to amend these Schedules and Statements to reflect market values. The book values of certain assets may materially differ from their fair market values and/or any liquidation analysis prepared in connection with the Debtors' chapter 11 cases.

3

**Paid Claims**.  The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court.  In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

**Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve

all of their rights with respect to the legal status of any and all such intellectual property rights.

**Insurance**.  The Debtors have listed  policies  in Schedule A/B.  Information regarding the Debtors' insurance policies is set forth in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Prepetition Insurance Obligations in Respect Thereof and (II) Granting Related Relief* [Docket No. 13].

**Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  The Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

**Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection.  The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

**Causes of Action**.  Despite their reasonable efforts, the Debtors are not aware of any causes of action or potential causes of action against third parties to list as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined."  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Unliquidated Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**Liens**.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

**Insiders.**  In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may potentially be included in the definition of "insider"

set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may not actually constitute "insiders" for purposes of section 101(31) of the Bankruptcy Code or may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to questions in the Schedules and Statements is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Estimates**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

**Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Confidentiality**. There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information. The redactions are limited to only what is necessary to protect the Debtors or third party and are consistent with the relief granted under the *Order (I) Extending the Time to File Schedules and Statements; (II) Extending the Time to Schedule the Meeting of Creditors; (III) Waiving the Requirements to File Equity Lists and Provide Notice to Equity Security Holders; (IV) Authorizing the Debtors to File (A) A Consolidated List of Counsel Representing Cyber Security Incident Claimants and (B) A Consolidated List of Other*

6

*Unsecured Creditors of the Debtors, (V) Authorizing the Debtors to Prepare a Consolidated and Redacted List of Creditors in Lieu of Submitting Separate and Reformatted Creditor Matrices for Each Debtor; (VI) Approving the Form and Manner of Notifying Creditors of the Commencement of these Chapter 11 Cases; and (VII) Granting Related Relief* [Docket No. 132].

### General Disclosures Applicable to Schedules

**Classifications**.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize, subordinate, or reclassify such Claim or contract.

Schedule A/B – Real and Personal Property.

a) **Schedule A/B, Part 1 – Cash and Cash Equivalents**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A) Continued Use of Cash Management System, (B) Maintenance of Bank Accounts and Business Forms, (C) Performance of Intercompany Transactions, and (D) Certain Prepetition Obligations to be Honored; (II) Granting Administrative Expense Priority Status to Postpetition Intercompany Claims Against the Debtors; (III) Waiving Strict Compliance with 11 U.S.C. § 345(b) and Certain Operating Guidelines, as Applicable; and (IV) Granting Related Relief* [Docket No. 12].  The Debtors' cash balances are listed as of the Petition Date at bank balances.

b) **Schedule A/B, Part 2 – Deposits and Prepayments**.  The Bankruptcy Court, pursuant to the *Final Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services; (II) Deeming Utility Companies to Have Adequate Assurance of Future Payment; (III) Establishing Procedures for Determining Adequate Assurance of Payment; and (IV) Granting Related Relief* [Docket No. 310], authorized the Debtors to provide adequate assurance of payment for future utility services.  In addition, certain retainers or deposits reflect payments to professionals made by a certain Debtor entity, but may be subject to applicable allocation amongst the Debtors.

Certain reported prepaid or amortized assets are listed in accordance with the Debtors' books and records.  The amounts listed in Part 2 do not necessarily reflect assets the Debtors will be able to collect or realize. The amounts listed in Part 2 include, among other things, prepaid insurance, licenses, taxes, and other prepaid expenses.

c) **Schedule A/B, Part 3 – Accounts Receivable**.  The Debtors' reported accounts receivable include amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors have used reasonable efforts to deduct doubtful or

uncollectible accounts.  The Debtors are unable to determine with certainty what amounts will actually be collected.

d) **Schedule A/B, Part 4 – Investments**. Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

e) **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles**.  Dollar amounts are presented net of accumulated depreciation and other adjustments.

f) **Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles**.  For those Debtors that own machinery, equipment and vehicles, dollar amounts are presented net of accumulated depreciation and other adjustments.

g) **Schedule A/B, Part 9 – Real Property**.  The Debtors do not own any material real property.  Certain leasehold improvements have been listed on Schedule A/B, part 9 as having undetermined value.

h) **Schedule A/B, Part 10 – Intangibles and Intellectual Property**.  The Debtors review  intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.  The Debtors report intellectual property assets as having undetermined value whenever applicable.  For purposes of the Schedules, the Debtors have listed customer lists, trademarks, patents, copyrights, and domain names only at entities for which these assets are recorded on their books.  The exclusion of listing similar assets at additional Debtors should not be construed as an admission that other Debtors do not possess similar assets.

i) **Schedule A/B, Part 11 – All Other Assets**.  Dollar amounts are presented net of impairments and other adjustments.

a. *Item 72 – Tax Refunds and Unused Net Operating Losses (NOLs)*.  The Debtors may receive refunds for sales and use tax at various times throughout their fiscal year.  As of the Petition Date, however, certain of these amounts are unknown to the Debtors and, accordingly, may not be listed on Schedule A/B.  Additionally, the Debtors may be entitled to apply certain net operating losses or other tax attributes.  The Debtors have provided a summary of certain of their tax attributes and related considerations in Item 72; however, such tax attributes are listed as undetermined amounts because the fair market value (if any) of such attributes is dependent on numerous variables and factors.

b. *Item 73 – Interests in Insurance Policies or Annuities.*  A list of the Debtors' insurance policies and related information is available in the

*Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Continue Prepetition Insurance Policies and Pay All Prepetition Obligations in Respect Thereof and (II) Granting Related Relief* [Docket No. 13].

c.  ***Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims***.  The Debtors are not currently aware of any causes of action and other claims.  Potential avoidance actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Schedule D – Creditors Who Have Claims Secured by Property**.  The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim.  All Claims listed on Schedule D, however, appear to have arisen or have been incurred before the Petition Date.  Operating leases are listed on Schedule G.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien.  The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability.  The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F - Creditors Who Have Unsecured Claims**.  The Debtors have not listed on Schedule E any wage or wage-related obligations which the Debtors have been granted authority to pay pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Certain Prepetition Employee Wages and Benefits and (B) Continue Employee Benefits Programs and Pay Related Obligations and (II) Granting Related Relief* [Docket No. 304].  The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have not listed on Schedule E any tax related obligations, except for open tax audits, which the Debtors have been granted authority to pay pursuant to the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief* [Docket No. 303].  The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred.  The Claims listed on Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors.  The Claims and amounts listed in respect of certain trade payables may reflect payments by the Debtors pursuant to applicable "first day" orders and amounts to be paid later pursuant to "second day" orders.  Certain Debtors may pay additional Claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and reserve all of their rights to update Schedule E/F to reflect such payments.  In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtors.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code.  Schedule E/F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

**Schedule G – Executory Contracts and Unexpired Leases**.  While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such

rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's schedule on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

**Schedule H – Codebtors**. The Debtors have not identified any claims that are liable by multiple co-Debtors. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent omissions may have occurred. The Debtors hereby reserve all rights to further amend or supplement such Schedule as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors have been involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such litigation is listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

## General Disclosures Applicable to Statements

**Questions 1 and 2**. The Debtors' responses to Questions 1 and 2 are presented in accordance with the Debtors' books and records. Certain revenue for these periods includes amounts attributable to the Variable Interest Entities.

**Question 3**. For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to

Question 3.  Information regarding payments to bankruptcy professionals and insiders are listed on Questions 4 and 11 and therefore excluded from Question 3.

**Question 4**.  Individual payments to insiders, directors, and executive officers of the Debtors are reflected in the Debtors' responses to Question 4, as applicable. The listing of any entity as an insider does not constitute an admission or a final determination that any such entity is or is not an insider. The information reported on Question 4 is representative of the total payments made to such parties on behalf of the Debtor entities during the year prior to the Petition Date.  For the avoidance of doubt, the information reported on Question 4 may include payments to individuals who may have been insiders at the time of payment but are no longer employed in such capacity by a Debtor.

**Question 7**.  The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits, administrative, and arbitral proceedings.  The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future actions and proceedings, or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  For the avoidance of doubt, the Debtors preserve all defenses with respect to any listed actions and proceedings, including their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.  The Debtors have generally excluded internal grievance claims to protect the privacy interests of the grieving party and because the majority of such claims generally will not result in actual litigation.

**Question 11**.  All payments for services of any entities that provided consultation concerning debt restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on each Debtor's respective Statements, as applicable. The Debtors have endeavored to list only payments made for debt restructuring services, however, in some instances, these balances may include payments for services not related to restructuring or bankruptcy matters. Additional information regarding the Debtors' retention of professionals is more fully described in the individual retention applications for those professionals.

**Question 13**.  While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors regularly sell certain non-core assets, including inventory, in the ordinary course of business.  Accordingly, such dispositions made in the ordinary course of business have not been reflected in Question 13.

**Question 16**.  The Debtors collect a limited amount of information about customers and their representatives.  Examples of the types of information collected by the Debtors include, among other things, full names, dates of birth, mailing addresses, IP addresses, cookies, pixels, genetic data and interpretations, medical history and demographic results, and wearable data and laboratory results.

**Question 26d**.  In the ordinary course of business, the Debtors provide financial statements to certain parties, such as financial institutions, investment banks, auditors, potential investors, vendors and financial advisors.  The Debtors do not maintain complete lists to track such disclosures, and as such, the Debtors have not provided a listing of these parties in response to this question.

**Fill in this information to identify the case:**

Debtor name ___Lemonaid Health, Inc.___

United States Bankruptcy Court for the: ___Eastern District of Missouri___

Case number (If known): ___25-40980 (BCW)___

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

   Copy line 88 from *Schedule A/B* ................................................................................................ | $ ___Undetermined___

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B* ............................................................................................... | $ ___26,224.20*___

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B* ................................................................................................. | $ ___26,224.20*___

---

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .......................................... | $ ___0.00___

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................ | $ ___0.00___

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................................... | + $ ___124,104.61*___

4. **Total liabilities** ...................................................................................................................................... | $ ___124,104.61*___

   Lines 2 + 3a + 3b

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name   Lemonaid Health, Inc.

United States Bankruptcy Court for the:   Eastern District of Missouri

Case number (If known)   25-40980 (BCW)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **Cash on hand**   $ _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 | | __ __ __ __ | $ _____ |
| 3.2 | | __ __ __ __ | $ _____ |

4.   **Other cash equivalents** *(Identify all)*

4.1   _____   $ _____

4.2   _____   $ _____

5.   **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $ _____ 0.00 |

## Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1   See Attached Rider   _____   $   13,995.67

7.2   _____   $ _____

Debtor   Lemonade Health Inc.                    Case number (if known) 25-40980 (BCW)
_____
       Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  PREPAYMENT - NARVAR, INC. _____   $        12,228.53

8.2  _____                              $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.          $        26,224.20

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑  No. Go to Part 4.

☐  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| 11a. 90 days old or less: | _____ − _____ = ..... → | $ _____ |
|  | face amount    doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | _____ − _____ = ..... → | $ _____ |
|  | face amount    doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $        0.00

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑  No. Go to Part 5.

☐  Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 | _____ | _____ | $ _____ |
| 14.2 | _____ | _____ | $ _____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

| 15.1 | _____ | _____ % | _____ | $ _____ |
| 15.2 | _____ | _____ % | _____ | $ _____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | _____ | _____ | $ _____ |
| 16.2 | _____ | _____ | $ _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $        0.00

---

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value  $ _____  Valuation method _____  Current value  $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

Debtor _____   Case number (if known)_____
        Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38 Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Lemonaid Health, Inc.

Name

Case number (If known)  25-40980 (BCW)

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$           0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Lemond鼻 Health, Inc.    Case number (if known) Case 25-40980 (BPW)
Name

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Attached Rider | | $   Undetermined | | $   Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

     $   Undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $   Undetermined | | $   Undetermined |
| 61. **Internet domain names and websites** | | | |
| None | $ | | $   0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| None | $ | | $   0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| CUSTOMER LISTING | $   Undetermined | NET BOOK VALUE | $   Undetermined |
| 64. **Other intangibles, or intellectual property** | | | |
| None | $ | | $   0.00 |
| 65. **Goodwill** | | | |
| None | $ | | $   0.00 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

     $   Undetermined

**\*Plus Undetermined Amounts**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

None _____     _____   ×  _____  = →   $        0.00
                                          Total Face Amount    Doubtful or uncollectible Amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____   Tax Year _____   $      0.00

_____   Tax Year _____   $ _____

_____   Tax Year _____   $ _____

**73. Interests in insurance policies or annuities**

See Attached Rider _____   $   Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

None _____   $      0.00

**Nature of Claim** _____

**Amount Requested** $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None _____   $      0.00

**Nature of Claim** _____

**Amount Requested** $ _____

**76. Trusts, equitable or future interests in property**

None _____   $      0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

None _____   $      0.00

                                                              $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.       $   Undetermined

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**\*Plus Undetermined Amounts**

Debtor    Lemonaid Health, Inc.         Case number (If known)    25-40980 (BCW)
       Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $    0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $    26,224.20 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $    0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $    0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $    0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $    0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $    0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $    0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................. → | | $Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $    Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $    Undetermined | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $    26,224.20*   + 91b. | $Undetermined |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................... | | $    26,224.20* |

*Plus Undetermined Amounts

Debtor Name:  Lemonaid Health, Inc.                                    Case Number:  25-40980 (BCW)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| DEPOSIT - 870 MARKET STREET ASSOCIATES II, LP - SECURITY DEPOSIT | $2,169.00 |
| DEPOSIT - AMEREN MISSOURI - MISCELLANEOUS | $4,905.13 |
| DEPOSIT - SPRUCE LLC - SECURITY DEPOSIT | $6,921.54 |
| **TOTAL** | **$13,995.67** |

Debtor Name:  Lemonaid Health, Inc.                                                                                    Case Number:  25-40980 (BCW)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| LEASED PROPERTY: 870 MARKET STREET SAN FRANCISCO, CA  94102 | LEASED PROPERTY | Undetermined | NET BOOK VALUE | Undetermined |
| | | | **TOTAL** | $0.00 |
| | | | | + Undetermined Amounts |

Debtor Name:  Lemonaid Health, Inc.                                                    Case Number:  25-40980 (BCW)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| TRADEMARK - HEALTHAID  - REGISTER # R2563-40701 ON 03/01/2022 - UNITED STATES | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LEMONAID  - REGISTER # R2563-40501 ON 12/19/2017 - UNITED STATES | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LEMONAID  - REGISTER # R2563-40601 ON 01/14/2020 - UNITED STATES | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LEMONAID DESIGN - REGISTER # R2563-40101 ON 11/22/2022 - UNITED STATES | Undetermined | NET BOOK VALUE | Undetermined |
| TRADEMARK - LEMONAID HEALTH - REGISTER # R2563-40301 ON 08/23/2016 - UNITED STATES | Undetermined | NET BOOK VALUE | Undetermined |
|  |  | **TOTAL** | $0.00 |
|  |  |  | + Undetermined Amounts |

Debtor Name:  Lemonaid Health, Inc.                                                                Case Number:  25-40980 (BCW)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY | D&O EXCESS - PUBLIC | 03138799 | Undetermined |
| ALLIED WORLD SPECIALTY INSURANCE COMPANY | D&O EXCESS SIDE A DIC - PUBLIC | 03129255 | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY | E&O/CYBER LIABILITY - EXCESS | C4LPE044020CYBER2024 | Undetermined |
| AXIS INSURANCE COMPANY | D&O EXCESS SIDE A DIC - PUBLIC | P00100052287303 | Undetermined |
| BEAZLEY INSURANCE COMPANY | CRIME | V32364240301 | Undetermined |
| BERKLEY INSURANCE COMPANY | D&O EXCESS - PUBLIC | BPRO8094901 | Undetermined |
| BERKLEY INSURANCE COMPANY | D&O INDEPENDENT DIRECTORS - PUBLIC | BPRO8121721 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | D&O EXCESS - PUBLIC | 652347042 | Undetermined |
| CONTINENTAL CASUALTY COMPANY | EMPLOYMENT PRACTICES LIABILITY | 652522230 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION (SOMPO) | D&O EXCESS SIDE A DIC - PUBLIC | ADL30007968302 | Undetermined |
| FEDERAL INSURANCE COMPANY | AUTO - COMMERCIAL | 73602283 | Undetermined |
| FEDERAL INSURANCE COMPANY | FIDUCIARY LIABILITY | J06016091 | Undetermined |
| FEDERAL INSURANCE COMPANY | PACKAGE - COMMERCIAL | 36053971 | Undetermined |
| FEDERAL INSURANCE COMPANY | PRODUCTS LIABILITY - EXCESS | 93643559 | Undetermined |
| FEDERAL INSURANCE COMPANY | UMBRELLA - COMMERCIAL | 78186788 | Undetermined |
| HOMELAND INSURANCE COMPANY OF NEW YORK | CYBER LIABILITY - EXCESS | 7200019130000 | Undetermined |
| HOUSTON CASUALTY COMPANY | E&O/CYBER LIABILITY - EXCESS | 14MG24A16424 | Undetermined |
| HUDSON INSURANCE COMPANY | D&O EXCESS - PUBLIC | HN03037601061623 | Undetermined |
| LLOYDS OF LONDON | E&O/CYBER LIABILITY | B1510CY2400013 | Undetermined |
| LLOYDS OF LONDON | E&O/CYBER LIABILITY - EXCESS | TCIAX24HH86 | Undetermined |
| LLOYDS OF LONDON | E&O/CYBER LIABILITY - EXCESS | B1510CY2400014 | Undetermined |
| NATIONAL UNION FIRE INS CO PITTSBURGH, PA | D&O - PUBLIC | 011735605 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | D&O EXCESS SIDE A DIC - PUBLIC | ORPRO12105085 | Undetermined |
| TWIN CITY FIRE INSURANCE COMPANY | D&O INDEPENDENT DIRECTORS - PUBLIC | 57DA070093624 | Undetermined |

Debtor Name:  Lemonaid Health, Inc.                                                    Case Number:  25-40980 (BCW)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| XL SPECIALTY INSURANCE COMPANY | D&O EXCESS - PUBLIC | ELU19060223 | Undetermined |
| XL SPECIALTY INSURANCE COMPANY | D&O INDEPENDENT DIRECTORS - PUBLIC | ELU20062124 | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

| | |
|---|---|
| Debtor name | Lemonaid Health, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number (If known): | 25-40980 (BCW) |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of Claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____   $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Creditor's name**

**Describe debtor's property that is subject to a lien**

$ _____   $ _____

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

Debtor  Lemonaid Health, Inc.                                    Case number (if known)  25-40980 (BCW)
            Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |
|  | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Lemonaid Health, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number (if known) | 25-40980 (BCW) |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____   Priority amount $ _____

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____   Priority amount $ _____

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ _____   Priority amount $ _____

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

SpecifyCode subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ()

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   Cenveld Health    Name

Case number (if known)   25-40980 (BCW)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
A.C.F. ALARM CO. INC.
9021 RIVERVIEW DRIVE
ST. LOUIS, MO 63137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**$ 76.65**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.2** | **Nonpriority creditor's name and mailing address**
ALLIED SERVICES, LLC
12976 ST. CHARLES ROCK ROAD
BRIDGETON, MO 63044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**$ 343.11**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.3** | **Nonpriority creditor's name and mailing address**
AMEREN MISSOURI
1901 CHOUTEAU AVE
ST. LOUIS, MO 63103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**$ 1,612.48**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.4** | **Nonpriority creditor's name and mailing address**
AT&T CORP_ 313507839
PO BOX 5014
CAROL STREAM, IL 60197-5014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**$ 145.45**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.5** | **Nonpriority creditor's name and mailing address**
BOND HEALTHCARE INC.
15600 NORTHWEST 15TH AVENUE,
STE C
MIAMI, FL 33169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**$ 18,830.11**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.6** | **Nonpriority creditor's name and mailing address**
CAMBER PHARMACEUTICALS INC
P.O BOX 208737
DALLAS, TX 75320-8737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**$ 3,285.93**

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.7**

**Nonpriority creditor's name and mailing address**

CUREXA EAST LLC
236 EAST JIMMIE LEEDS RD
GALLOWAY, NJ 08205-4134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 174.58

---

**3.8**

**Nonpriority creditor's name and mailing address**

DOSESPOT
980 WASHINGTON STREET
STE 330
DEDHAM, MA 02026-6797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,647.90

---

**3.9**

**Nonpriority creditor's name and mailing address**

FOLEY & LARDNER LLP
P.O. BOX 78470
MILWAUKEE, WI 53278-8470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,004.75

---

**3.10**

**Nonpriority creditor's name and mailing address**

GATEWAY DIGITAL PRESS
1154 RECO AVE
ST. LOUIS, MO 63126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,024.00

---

**3.11**

**Nonpriority creditor's name and mailing address**

HEALTHLINE MEDIA INC
PO BOX 745634
ATLANTA, GA 30374-5634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18,780.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** | **Nonpriority creditor's name and mailing address**

MODIO HEALTH, INC.
PO BOX 735263
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE CLAIM

$ 366.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: NICHOLAS MIGLILACCIO
412 H ST. NE
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  OPEN PIXEL LITIGATION

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: NICHOLAS MIGLILACCIO
412 H ST. NE
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  OPEN PIXEL LITIGATION

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: NICHOLAS MIGLILACCIO
412 H ST. NE
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  OPEN PIXEL LITIGATION

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
C/O TAULER SMITH
ATTN: MATTHEW SMITH
626 WILSHIRE BLVD., SUITE 550
LOS ANGELES, CA 90017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  THREATENED LITIGATION

$ Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: NICHOLAS MIGLILACCIO
412 H ST. NE
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** OPEN PIXEL LITIGATION

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ATTN: NICHOLAS MIGLILACCIO
412 H ST. NE
WASHINGTON, DC 20002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** OPEN PIXEL LITIGATION

$       Undetermined

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19**   **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (ATL)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

$       1,430.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (DAL)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

$       1,517.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21**   **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (KOP)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

$       1,106.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (PIT)
PO BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE CLAIM

$ 371.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (PNW)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE CLAIM

$ 1,707.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (STL)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE CLAIM

$ 560.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (TAM)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE CLAIM

$ 1,337.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (WCT)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  TRADE CLAIM

$ 636.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.27** **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (WDL)
PO BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,362.76

---

**3.28** **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS (WHC)
P.O. BOX 740709
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,737.45

---

**3.29** **Nonpriority creditor's name and mailing address**

STEADYMD, INC.
4625 LINDELL BLVD.
SUITE 200
ST. LOUIS, MO 63108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,045.64

---

**3.30** **Nonpriority creditor's name and mailing address**

VOUCHED
506 2ND AVE.
SUITE 1400
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE CLAIM

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.31** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

| Debtor | Lemonaid Health, Inc. | | Case number (if known) | 25-40980 (BCW) |
|---|---|---|---|---|
| | Name | | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ____<br>☐ Not listed.  Explain | |
| 4.2 | | Line ____<br>☐ Not listed.  Explain | |
| 4.3 | | Line ____<br>☐ Not listed.  Explain | |
| 4.4 | | Line ____<br>☐ Not listed.  Explain | |
| 4.5 | | Line ____<br>☐ Not listed.  Explain | |
| 4.6 | | Line ____<br>☐ Not listed.  Explain | |
| 4.7 | | Line ____<br>☐ Not listed.  Explain | |
| 4.8 | | Line ____<br>☐ Not listed.  Explain | |
| 4.9 | | Line ____<br>☐ Not listed.  Explain | |

Debtor  Lexington Health, Inc.                                    Case number (if known) 25-40980 (MEH)
        Name

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $                        0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $                   124,104.61 |
|  | | | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                   124,104.61 |
|  | | | + Undetermined Amounts |

---

| Fill in this information to identify the case: |
|---|

| | |
|---|---|
| Debtor name | Lemonaid Health, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number (If known): | 25-40980 (BCW) |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | MSA SUBCONTRACTING AGREEMENT DATED: 04/01/2022 | 23ANDME INC. 349 OYSTER POINT BLVD. SOUTH SAN FRANCISCO, CA 94080 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DATED: 12/01/2020 | 870 MARKET STREET ASSOCIATES II, L. P. 870 MARKET STREET ROOM 1200 SAN FRANCISCO, CA 94102 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED: 06/02/2024 | ACQUIA 53 STATE STREET 10TH FLOOR BOSTON, MA 02109 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK # 8 DATED: 12/22/2021 | BDO USA, LLP 300 PARK AVENUE SUITE 900 SAN JOSE, CA 95110 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK #11 DATED: 06/24/2022 | BDO USA, LLP 300 PARK AVENUE SUITE 900 SAN JOSE, CA 95110 |
| | **State the term remaining** | Undetermined | |
| | **List the contract number of any government contract** | | |

Debtor    Lombard Health, Inc.                                                Case number (if known):   25-40980 (BCW)
         Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK # 9 DATED: 12/22/2021 | BDO USA, LLP<br>300 PARK AVENUE<br>SUITE 900<br>SAN JOSE, CA 95110 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | PHARMACY FULFILLMENT AGREEMENT DATED: 06/28/2024 | BOND HEATHCARE INC.<br>15600 NW 15TH AVENUE<br>SUITE C<br>MIAMI, FL 33169 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SALE AND PURCHASE AGREEMENT | BOOTS UK LIMITED<br>LEGAL DEPARTMENT<br>1 THANE ROAD WEST<br>NOTTINGHAM, NG2 3AA<br>UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITIONAL SERVICES AGREEMENT | BOOTS UK LIMITED<br>LEGAL DEPARTMENT<br>1 THANE ROAD WEST<br>NOTTINGHAM, NG2 3AA<br>UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | PARENT COMPANY GUARANTEE DATED: 06/11/2021 | BOOTS UK LIMITED<br>LEGAL DEPARTMENT<br>1 THANE ROAD WEST<br>NOTTINGHAM, NG2 3AA<br>UNITED KINGDOM |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION OF SERVICES DATED: 04/15/2023 | CLOUD9 CHARTS, INC. D/B/A KNOWI<br>1528 WEBSTER STREET<br>OAKLAND, CA 94612 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO PURCHASE SERVICES AGREEMENT DATED: 12/09/2022 | COMPILE, INC D/B/A BETTERHELP<br>990 VILLA ST.<br>MOUNTAIN VIEW, CA 94041 |
|---|---|---|---|
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Lombard Health, Inc.                                    Case number (if known): 25-40980 (BCW)
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 DATED: 07/19/2023 TO THE PHARMACY FULLFILLMENT AGREEMENT DATED: 12/19/2019 | CUREXA EAST LLC 236 EAST JIMMIE LEEDS RD GALLOWAY, NJ 08205-4134 |

| | | |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 DATED: 07/19/2023 TO THE PHARMACY FULLFILLMENT AGREEMENT DATED: 12/19/2019 | CUREXA EAST LLC 236 EAST JIMMIE LEEDS RD GALLOWAY, NJ 08205-4134 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICE ORDER DATED: 06/01/2024 UNDER THE MASTER SERVICES PLATFORM AGREEMENT DATED: 5/22/2023 | EXTOLE, INC. 548 MARKET ST. SUITE #39231 SAN FRANCISCO, CA 94104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO THE MASTER SERVICES PLATFORM AGREEMENT DATED: 02/15/2024 | EXTOLE, INC. 548 MARKET ST. SUITE #39231 SAN FRANCISCO, CA 94104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | ENGAGEMENT LETTER DATED: 4/25/2019 | FOLEY & LARDNER LLP 100 NORTH TAMPA STREET SUITE 2700 TAMPA, FL 33602-5810 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED: 03/01/2022 | GREENHOUSE SOFTWARE, INC. 18 WEST 18TH ST 11FL NEW YORK, NY 10011 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION LETTER DATED: 08/12/2019 | HEALTH BRIDGE LTD T/A ZAVA 46 ESSEX ROAD LONDON, N1 8LN UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | INSERTION ORDER DATED: 10/1/2020 PER IAB TERMS | HEALTHLINE MEDIA, INC. 660 THIRD STREET SAN FRANCISCO, CA 94107 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 09/11/2020<br><br>Undetermined | LEMONAID COMMUNITY PHARMACY<br>7580 WATSON ROAD<br>SHREWSBURY, MO 63119 |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 09/11/2020<br><br>Undetermined | LEMONAID COMMUNITY PHARMACY<br>7580 WATSON ROAD<br>SHREWSBURY, MO 63119 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 07/01/2021<br><br>Undetermined | LPRXONE, LLC<br>1701 MACKLIND AVE<br>SUITE 300<br>SAINT LOUIS, MO 63110 |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRICE QUOTE DATED: 12/21/2023<br><br>Undetermined | MEDIA ONE CREATIVE INC.<br>130 QUEENS QUAY EAST<br>STE 1108 WEST TOWER<br>TORONTO, ON M5A 0P6<br>CANADA |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ONLINE SERVICES AGREEMENT DATED: 06/20/2024<br><br>Undetermined | METUCHEN PHARMACEUTICALS, LLC<br>200 US HWY 9<br>STE 500<br>MANALAPAN, NJ 07726 |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT DATED: 02/13/2023<br><br>Undetermined | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>CENTURY PLAZA TOWERS<br>2049 CENTURY PARK EAST<br>SUITE 300<br>LOS ANGELES, CA 90067 |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 01/01/2019<br><br>Undetermined | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |

Debtor   Lombard Health, Inc.                                    Case number (if known): 25-40980 (ESK)
         Name

| ■ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING  DATED: 01/01/2019 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 01/01/2019 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.29** | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT DATED: 02/01/2018 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 09/15/2018 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED 01/01/2019 | NAME ON FILE<br>ADDRESS ON FILE |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 01/01/2019 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED 01/01/2019 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor    Lemonaid Health, Inc.
Name _____    Case number (if known): 25-40980 (BDL)

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT SERVICES AND LICENSING AGREEMENT DATED: 01/01/2019 | NAME ON FILE<br>5 IVY STREET<br>CEDARHURST, NY 11516 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | PARTNERIZE - LEMONAID HEALTH TERMS AND CONDITIONS DATED: 02/05/2024 | PARTNERIZE<br>"LEVEL 8 WEST ONE FORTH BANKS NEWCASTLE UPON TYNE<br>TYNE AND WEAR<br>NE1 3PA<br>UNITED KINGDOM |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION LETTER DATED: 06/11/2024 | QUALTRICS<br>ATTN LEGAL<br>333 W RIVER PARK DR.<br>PROVO, UT 84604 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | LABORATORY SERVICES AGREEMENT DATED: 05/16/2017 | QUEST  DIAGNOSTICS INCORPORATED<br>QUEST DIAGNOSTICS INCORPORATED ATTN SENIOR VICE PRESIDENT VENTURES M&A AND STRATEGY<br>3 GIRALDA FARMS<br>MADISON, NJ 07940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICE AGREEMENT DATED: 06/05/2023 | QUEST DIAGNOSTICS INCORPORATED<br>500 PLAZA DRIVE<br>SECAUCUS, NJ 07094 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 05/17/2017 | QUEST DIAGNOSTICS INCORPORATED<br>3 GIRALDA FARMS<br>MADISON, NJ 07940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF AGREEMENT DATED: 12/11/2020 | QUEST DIAGNOSTICS INCORPORATED<br>QUEST DIAGNOSTICS INCORPORATED ATTN SENIOR VICE PRESIDENT VENTURES M&A AND STRATEGY<br>3 GIRALDA FARMS<br>MADISON, NJ 07940 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED TELEHEALTH SERVICES AGREEMENT DATED: 10/08/2021 | STEADYMD PHYSICIAN  GROUP, P.C 4625 LINDELL BLVD. SUITE 200 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 10/08/2021 | STEADYMD PHYSICIAN  GROUP, P.C 4625 LINDELL BLVD. SUITE 200 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 10/08/2021 | STEADYMD PHYSICIAN  GROUP, P.C 4625 LINDELL BLVD. SUITE 200 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE SERVICES AGREEMENT DATED: 10/08/2021 | STEADYMD PHYSICIAN  GROUP, P.C 4625 LINDELL BLVD. SUITE 200 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED TELEHEALTH SERVICES AGREEMENT DATED: 10/08/2021 | STEADYMD, INC. 4625 LINDELL BLVD. SUITE 224 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE SERVICES AGREEMENT DATED: 10/08/2021 | STEADYMD, INC. 4625 LINDELL BLVD. SUITE 200 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 10/08/2021 | STEADYMD, INC. 4625 LINDELL BLVD. SUITE 200 ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |

Debtor  Lombard Health, Inc.                                                    Case number (if known):  25-40980 (BCW)
_____
        Name

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT DATED: 10/08/2021 | STEADYMD, INC.<br>4625 LINDELL BLVD.<br>SUITE 200<br>ST. LOUIS, MO 63108 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | PHARMACY FULFILLMENT AGREEMENT DATED: 06/28/2024 | THE PHARMACY HUB LLC<br>15600 NW 15TH AVENUE<br>SUITE C<br>MIAMI, FL 33169 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED: 08/31/2024 | VOUCHED<br>506 2ND AVE.<br>SUITE 1400<br>SEATTLE, WA 98104 |
| | State the term remaining | Undetermined | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          Lemonaid Health, Inc.

United States Bankruptcy Court for the:   Eastern District of Missouri

Case number (If known):   25-40980 (BCW)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Lemonaid Health, Inc.

United States Bankruptcy Court for the:  Eastern District of Missouri

Case number (If known)  25-40980 (BCW)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/28/2025
     MM / DD / YYYY

**X** /s/ Joe Selsavage
Signature of individual signing on behalf of debtor

Joe Selsavage
Printed name

Interim Chief Executive Officer and Chief Financial and Accounting Officer
Position or relationship to debtor